TIMOTHY COURCHAINE
United States Attorney
District of Arizona
SHEILA PHILLIPS
Michigan State Bar No. P51656
Assistant U.S. Attorney
Two Renaissance Square
40 North Central Avenue, Suite 1800
Phoenix, Arizona 85004-4408
Telephone (602) 514-7500
E-Mail: Sheila.Phillips2@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | No. CR-24-01089-PHX-SMB |
|---|---|
| Plaintiff, | **UNITED STATES' MOTION TO VACATE THE SENTENCING HEARING** |
| vs. | |
| Marco Antonio Molina, Jr. , | |
| Defendant. | |

The United States, through undersigned counsel, moves to vacate the Sentencing Hearing for Marco Antonio Molina, Jr., which is currently set for June 30, 2025 at 3:00 pm before Judge Susan M. Brnovich. Last week, Mr. Molina was shot and killed in Mexico while he was waiting to return to the United States through the San Luis Port of Entry. His one and half year-old child was in the vehicle with him but was unharmed.

Defendant counsel has no objection to this Motion.

Respectfully submitted this 23rd day of June, 2025.

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

*s/Sheila Phillips*
SHEILA PHILLIPS
Assistant U.S. Attorney

## **CERTIFICATE OF SERVICE**

I hereby certify that on this same date, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants.

*s/ Sheila Phillips*
U.S. Attorney's Office